**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Wanda J. Snow,

Plaintiff,

v.

Metropolitan Life Insurance Company,

Defendant.

Court File No. CV-01-1231 RHK/SRN
Contract

**STIPULATION** AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the above named parties, through their respective undersigned counsel, as follows:

1. The time for defendant to answer or otherwise plead in response to the Complaint in the above proceeding may be extended through July 30, 2001.

2. The Court is hereby authorized to enter an order consistent with this Stipulation.

**BABCOCK, NEILSON, MANNELLA, LAFLEUR & KLINT**

Dated: 7/9/01

By [signature]
Robert F. Mannella (#67324)
Brad R. Kolling (#303987)
Attorneys for Plaintiff
118 East Main Street
Anoka, MN 55303
(763) 421-5151

FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 7/9/01

By ______________________

Gregory W. Deckert (License #192867)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

289783.WPD

IT IS SO ORDERED.

Dated: July 13, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
U.S. Magistrate Judge