**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Wanda J. Snow,** **Civil No. 01-1231 (RHK/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Metropolitan Life Insurance Company,**

**Defendant.**

---

Based on all the files, records, and proceedings herein, the Court makes the following order:

1. Defendant's motion to extend the dispositive motion deadline [Doc. No. 8] is granted in part.

2. All dispositive motions shall be filed and heard on or before August 1, 2002.

Dated: May 10, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

MAY 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK